USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/06

STANTON, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FRANKEL, <br><br> Plaintiff, <br><br> -against- <br><br> LYONS PARTNERSHIP L.P., <br><br> Defendant. | 06 Civ. 6413 (LLS) (MHD) <br><br> JOINT STIPULATION AND ORDER EXTENDING TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS |

Plaintiff Stuart Frankel ("Frankel") and Defendant Lyons Partnership L.P. ("Lyons"), by and through undersigned counsel, hereby jointly stipulate to extend from November 10, 2006 to November 27, 2006, the period within which Frankel may oppose Lyons's Motion to Dismiss. This is the parties' third, and final, joint request for an extension of time.

IT IS SO ORDERED, THIS 7th DAY OF November, 2006:

_____
Hon. Louis L. Stanton
United States District Court Judge

Dated: November 7, 2006

SEEN AND AGREED TO BY:

Fred von Lohmann
Jason Schultz
Corynne McSherry
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
bankston@eff.org
(415) 436-9333
(415) 436-9993 (fax)

Elizabeth H. Rader (ER 1555)
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
(415) 765-9500
(415) 765-9501 (fax)

James E. d'Auguste (JD 7373)
Brian T. Carney (BC 3178)
590 Madison Avenue
New York, NY 10022
(212) 872-1000
*Counsel to Plaintiff Stuart Frankel*

GIBNEY ANTHONY & FLAHERTY, LLP

Brian W. Brokate (BW 8430)
Jeffrey E. Dupler (JD 5430)
665 Fifth Avenue
New York, NY 10022
(212) 688-5151
(212) 688-8315 (fax)
*Counsel to Defendant Lyons Partnership, L.P.*

2