USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/06

STANTON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FRANKEL, <br><br> Plaintiff, <br><br> -against- <br><br> LYONS PARTNERSHIP L.P., <br><br> Defendant. | 06 Civ. 6413 (LLS) (MHD) <br><br> **JOINT STIPULATION AND ORDER** <br> **OF DISMISSAL** |

**WHEREAS**, Plaintiff Stuart Frankel ("Frankel") commenced the captioned litigation against Defendant Lyons Partnership, L.P. ("Lyons"), by filing a Summons and Complaint on August 23, 2006; and

**WHEREAS**, Lyons filed a motion to dismiss on September 29, 2006;

**NOW, THEREFORE**, Frankel and Lyons, by and through their undersigned counsel, hereby jointly stipulate that the captioned litigation be dismissed, with each party to bear its own costs

IT IS SO ORDERED, THIS **27** DAY OF **November**, 2006:

_____
Hon. Louis L. Stanton
United States District Court Judge

Dated: November 27, 2006

SEEN AND AGREED TO BY:

By: /s/ James d'Auguste (by)　　　　By: /s/ Brian W. Brokate
Elizabeth H. Rader (ER 1555)　　　　Brian W. Brokate (BW 8430)
Akin Gump Strauss Hauer & Feld LLP　Jeffrey E. Dupler (JD 5430)
580 California Street, Suite 1500　　Gibney, Anthony & Flaherty, LLP
San Francisco, CA 94104　　　　　　665 Fifth Avenue
(415) 765-9500　　　　　　　　　　New York, NY 10022
(415) 765-9501 (fax)　　　　　　　　(212) 688-5151
　　　　　　　　　　　　　　　　　(212) 688-8315 (fax)
James E. d'Auguste (JD 7373)　　　　*Counsel to Defendant Lyons Partnership,*
Brian T. Carney (BC 3178)　　　　　*L.P.*
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1000
(212) 872-1002 (fax)

Fred von Lohmann
Jason Schultz
Corynne McSherry
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333
(415) 436-9993 (fax)
*Counsel to Plaintiff Stuart Frankel*